**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALICIA HUGHES,**<br>    **Plaintiff,**<br><br>    v.<br><br>**BJ'S WHOLESALE CLUB, INC.,**<br>**JOHN TOMCHICK,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO.  20-3760** |

## O R D E R

**AND NOW**, this 15th day of September, 2020, **IT IS ORDERED** that Defendants' Motion to Dismiss (ECF No. 3) is **DENIED** as Moot and this action is **REMANDED** to state court for lack of federal jurisdiction.

                **BY THE COURT:**

                **/s/Wendy Beetlestone, J.**

                _____
                **WENDY BEETLESTONE, J.**